# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter | 13 |
| Carita Gamble | ) | No. | 15-16910 |
| | ) | Judge | Cox |
| Debtor. ) | Trustee | Vaughn |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 25th day of September, 2017, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, a hearing on the attached **Motion To Modify Confirmed Chapter 13 Plan,** will be held before The Honorable Jacqueline P Cox, U.S. Bankruptcy Judge in Room 680, or the courtroom usually occupied by her at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, or before any other bankruptcy Judge sitting in her place and stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Law Office of Thomas W. Lynch**
Thomas W. Lynch
9231 S. Roberts Road,
Hickory Hills, IL 60457
Tel: 708-598-5999
Fax: 708-598-6299

CERTIFICATE OF SERVICE

I, Thomas W. Lynch, an attorney, on oath, certify that I caused to be served a copy of the above **Notice**, together with the attached **Motion**, to the parties on the attached service list by placing same in a duly stamped and sealed envelope and depositing same in the United States mail at Bridgeview, Illinois (as indicated on the attached list) this 1st Day of September, 2017, before 5:00 p.m. and to the parties indicated on the attached list as being served via ECF, electronically via the Court's ECF system, this 1st Day of September, 2017.

/s/  Thomas W. Lynch

SERVICE LIST

*Via ECF only:*
**Tom Vaughn,** Chapter 13 Trustee, 55 East Monroe Street, Suite 3850, Chicago, IL 60603
US Trustee, Region 11, 219 S. Dearborn St., Rm 873, Chicago, IL 60604

*Via the U.S. Postal Service*

**Ad Astra Rec**
8918 W 21st St. N Suite 200
Mailbox: 112
Wichita, KS 67205

**Advanced Urgent Care**
10 Orland Square Drive
Orland Park, IL 60462

**Advocate Christ Medical Center**
Hope Childrens Hospital
4440 W 95th Street
Oak Lawn, IL 60453

**Advocate Medical Group**
Bankruptcy Department
701 Lee Street
Des Plaines, IL 60016

**Aegis Ambulatory Anes**
PO Box 903
DeKalb, IL 60115

**AFNI**
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517

**Alsip Fire Department**
Bankruptcy Department
PO Box 438495
Chicago, IL 60643

**Alsip Photo Enforcement Program**
Customer Service Center
PO Box 42034
Phoenix, AZ 85080

**American Coradius International**
2420 Sweet Home Rd, Ste 150
Amherst, NY 14228-2244

**American InfoSource LP as agent for**
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

**American Web Loan**
522 N 14th St, Box 130
Ponca City, OK 74601

**Arnoldharris**
111 West Jackson B
Chicago, IL 60604

**Associated Recovery Systems**
PO Box 469046
Escondido, CA 92046-9046

**Associated Urological Specialist**
PO Box 516
Bedford Park, IL 60499-0516

**Atg Credit**
1700 W Cortland St Ste 2
Chicago, IL 60622

**Bank of America**
PO Box 15731
Wilmington, DE 19886-5731

**Bank of America**
PO Box 851001
Dallas, TX 75285-1001

**Bank of America**
PO Box 15026
Wilmington, DE 19850-5026

**BestChoice123**
621 Medicine Way Ste 6
Ukiah, CA 95482

**Blatt, Hasenmiller et al**
10 S LaSalle St
Suite 2200
Chicago, IL 60606-4440

**Bureau of Collection Recovery**
7575 Corporate Way
Minnetonka, MN 55345

**Bureau of Collection Recovery**
PO Box 9001
Minnetonka, MN 55345-9001

**Cash Yes**
Suite 508 Marina Towers, Newton Bar
Belize City
BELIZE

**Chapel Hill Condo Association**
c/o Keough & Moody, P.C.
1250 E. Diehl Road, Suite 405
Naperville, IL 60563

**Consultants In Clinical Pathology**
37416 Eagle Way
Chicago, IL 60678-1374

**Debt Recovery Solution**
900 Merchants Conc
Westbury, NY 11590

**Evergreen Emergency Services**
Bankruptcy Department
PO Box 128080
Evergreen Park, IL 60805

**Glenwood Medical Corporation**
Obstetrics & Gynecology
10735 W 159th St
Orland Park, IL 60467

**I.C. System, INC**
444 Highway 96 East
Saint Paul, MN 55164-0437

**Illinois Tollway Authority**
P.O. Box 5544
Chicago, IL 60680-5544

**Capital One**
Po Box 30253
Salt Lake City, UT 84130

**CBE Group**
Bankruptcy Department
131 Tower Park Dr., Ste 100
Waterloo, IA 50701

**Choice Recovery**
1550 Old Henderson Rd St
Columbus, OH 43220

**Cook County State's Attorney**
Bad Check Restitution
PO Box A3984
Chicago, IL 60690-3984

**Direct TV**
PO Box 9001069
Louisville, KY 40290

**Freedman Anselmo et al**
1771 W Diehl 150
Naperville, IL 60566

**Home Med Care**
8847 W 87th St
Hickory Hills, IL 60457

**I.C. System, INC**
P.O.Box 64437
Saint Paul, MN 55164-0437

**Illinois Tollway Authority**
2700 Ogden Ave
Downers Grove, IL 60515

**Cash Advance USA**
2160 Burton Way
Los Angeles, CA 90022

**CBE Group**
Bankruptcy Department
PO Box 2695
Waterloo, IA 50704

**Commonwealth Edison Company**
3 Lincoln Centre
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

**D Duane Brann DPM PC**
16523 S 106th Ct
Orland Park, IL 60467-4545

**Evergreen Emergency Services**
Bankruptcy Department
PO Box 428080
Evergreen Park, IL 60805

**GI Associates**
10500 S Cicero
Oak Lawn, IL 60453

**HSBC Retail Services**
Bankruptcy Department
PO Box 4144
Carol Stream, IL 60197-4144

**Illinois Collection Service/ICS**
Illinois Collection Service
Po Box 1010
Tinley Park, IL 60477

**Illinois Tollway Authority**
Bankruptcy Department
PO Box 5201
Lisle, IL 60532-5201

3

**LA Fitness**
PO Box 51355
Irvine, CA 92619-1355

**Levin & Conde**
35 E Wacker Drive
Suite 650
Chicago, IL 60601

**Linden Oaks Hospital**
PO Box 4070
Carol Stream, IL 60122

**Linden Oaks Hospital**
PO Box 5995
Peoria, IL 61601-5995

**Little Co of Mary Hospital**
Bankruptcy Department
2800 W 95th Street
Evergreen Park, IL 60805-2746

**Little Co of Mary Hospital**
Bankruptcy Department
PO Box 97677
Chicago, IL 60678-7677

**M.C.O.A**
Village Of Alsip
Municpal Collections Of America Inc
3348 Ridge Rd
Lansing, IL 60438-3112

**M.C.O.A.**
Village Of Orland Park
Municipal Collections Of America Inc
3348 Ridge Rd
Lansing, IL 60438-3112

**Macy's**
PO Box 183083
Columbus, OH 43218-3083

**Malcolm S. Gerald & Associates**
332 S Michigan Ave
Suite 600
Chicago, IL 60604

**McGrath Clinic, S.C.**
14400 S John Humphrey Dr.
Ste 200
Orland Park, IL 60462-2638

**Michigan Avenue Immediate Care**
104 S. Michigan Ave, Ste 905
Chicago, IL 60603-5903

**Midland Funding**
8875 Aero Dr Ste 200
San Diego, CA 92123

**Municipal Collections of America**
3348 Ridge Road
Lansing, IL 60438

**National Credit Systems**
PO Box 312125
Atlanta, GA 31131-2125

**Nationwide Credit & Collections**
Bankruptcy Dept
815 Commerce Drive, Ste 100
Oak Brook, IL 60523

**Nationwide Credit, Inc**
PO Box 26314
Lehigh Valley, PA 18002

**Northwestern Skin Cancer Institute**
737 N Michigan Ave, Suite 2310
Chicago, IL 60611

**Nw Collector**
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008

**Oakcrest Lab**
10522 S Cicero, Ste 307
Oak Lawn, IL 60453

**Oaklawn Radiology Imaging Consult**
37241 Eagle Way
Chicago, IL 60678-1372

**Palos Community Hospital**
Bankruptcy Department
12251 South 80th Ave
Palos Heights, IL 60463

**Palos Surgicenter**
7340 College Drive
Palos Heights, IL 60463

**Penn Credit**
916 S 14th Street
Harrisburg, PA 17108-0988

**Penn Credit Corp**
PO Box 988
Harrisburg, PA 17108-0988

**Photo Enforcement Program**
75 Remittance Drive, Ste 6658
Chicago, IL 60675

**Portfolio Recovery**
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

**QVC**
PO Box 2254
West Chester, PA 19380

**Renata Variakojis, MDSC**
PO Box 129
Plainfield, IL 60544-0129

**Seterus**
PO Box 2008
Grand Rapids, MI 49501-2008

**Sudhir M. Gokhale, MD, S.C.**
10522 S Cicero, Ste 2D
Oak Lawn, IL 60453

**System Parking, Inc**
1641 W Harrison
Chicago, IL 60612

**Title Max**
Legal Department
15 Bull Street
Savannah, GA 31401

**United Pain Services**
PO Box 129
Plainfield, IL 60544-0129

**Village of Alsip RLPEP**
Payment Center
PO Box 76935
Cleveland, OH 44101-6500

**Carita M. Gamble**
11441 S Peach Tree Ln
Alsip, IL 60803

**Radiology Imaging Specialists LTD**
39645 Treasury Center
Chicago, IL 60694-9000

**Ridge Orthopedic & Rehab**
5540 W 111th Street
Oak Lawn, IL 60453

**Silver Cloud Financial**
635 East Hwy 20, C
Upper Lake, CA 95485

**Sunrise Credit Services**
Bankruptcy Department
P.O. Box 9100
Farmingdale, NY 11735

**TCF Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527

**TitleMax of Illinois, INC. d/b/a TitleMax**
15 Bull Street, Suite 200
Savannah, GA 31401

**United Recovery Systems**
PO Box 722910
Houston, TX 77272-2910

**Village of Evergreen Park**
James T Gately Attorney At Law
8233 W 185th Street
Tinley Park, IL 60487

**Johnson, Blumberg & Associates**
230 W. Monroe Street, Ste. 1125
Chicago, IL 60606

**Receivables Performanc**
20816 44th Ave W
Lynnwood, WA 98036

**Sears/cbna**
Po Box 6283
Sioux Falls, SD 57117

**Speedy Cash**
Bankruptcy Department
PO Box 780408
Wichita, KS 67278-0408

**Synchrony Bank**
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Title Max**
7821 W Belmont Ave
Elmwood Park, IL 60707

**Transworld Systems Inc**
Bankruptcy Department
1375 E Woodfield Rd #110
Schaumburg, IL 60173

**University of Chicago Physicians**
75 Remittance Dr, Ste 1385
Chicago, IL 60675-1385

**Vista B**
Post Office Box 556
Charleston
NEVIS WEST INDIES

5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | | ) | Chapter | 13 |
| | Carita Gamble | ) | No. | 15-16910 |
| | | ) | Judge | Cox |
| | Debtor. | ) | Trustee | Vaughn |

### DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**Carita Gamble** ("Debtor"), by and through his attorney, Law Office of Thomas W. Lynch, and the undersigned attorney, moves this Court for an order modifying the plan previously confirmed by this Court ("Plan"). In support of this Motion, the Debtor states the following:

1) On May 12, 2015, Debtor filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code.

2) On August 17, 2015, this Court confirmed the Plan proposed by Debtor to pay the trustee $275.00 per month, paying a 100% dividend to allowed secured and priority unsecured claims, and a minimum 5% dividend to allowed non-priority unsecured claims.

3) According to the terms of the confirmed Plan, under Section E5(a), Seterus was to be paid a total amount of $6,000.00 for mortgage arrears by the Standing Trustee. Seterus did not file a proof of claim in the Debtor's case.

4) On February 23, 2017, Seterus granted Debtor a loan modification regarding her mortgage on her residence located at 11441 S Peach Tree Ln Alsip, IL 60803. *See* loan modification documents attached as Exhibit A.

5) On or around July 19, 2017, Seterus, through their attorneys, contacted Debtor's counsel to inquire about the Debtor modifying the confirmed Chapter 13 Plan to remove the mortgage arrears because there were no mortgage arrears after the loan modification. Since Seterus did not file a proof of claim in this case, they could not address the arrearage themselves.

6) On July 20, 2017, the Standing Trustee filed a Motion to Dismiss for alleged default in payments.

7) The Debtor states that that she fell behind in her payments to the Standing Trustee due to the

following unexpected causes:

a) Her car was damaged in an accident and insurance did not cover the repairs. As a result Debtor incurred expenses for the repair of her vehicle.

b) The Debtor was having health issues which resulted in additional expenses from doctor visits, medical diagnostic tests and medications to treat her illness.

8) The Debtor is able to make ongoing payments, but she is unable to catch up on the trustee arrears.

9) The Debtor made a payment of $275.00 during the pendency of the Trustee's Motion to Dismiss. *See* printout of trustee's site showing receipt of funds attached as Exhibit B.

10) The Debtor has made payments of $6,650.00 during the 28 months of the pendency of this case.

11) The Debtor proposes that as a result of the loan modification with Seterus, this Court enter an Order modifying the Plan by reducing the Section E5(a) arrearage amount to $277.40 (the amount paid to Seterus by the Trustee prior to the loan modification dated February 23, 2017.)

12) Debtor also proposes that her current default be deferred to the end of the plan, and proposes to continue with her monthly payments starting with the payment that comes due in October 2017. The Debtor's Chapter 13 Plan, as it stands, will comply with the original proposed terms of paying 100% to all secured and priority unsecured claims, and a 5% dividend to all unsecured claims.

13) Pursuant to section 1329 of the U.S. Bankruptcy code, the Court may modify the plan upon request of the Debtor, to suspend, extend or reduce the time for such payments, or to modify other terms of the Plan.

14) The plan as modified complies with the requirements of sections 1322 and 1325 of the U.S. Bankruptcy Code.

**WHEREFORE**, for the foregoing reasons, Debtor respectfully requests that this Court authorize a modification of Debtor's plan deferring the default accrued through September 25, 2017 to the end of her plan, reducing the Section E5(a) arrearage amount to $277.40, and for such other relief that this Court deems just and proper under the circumstances.

                                                      Respectfully submitted,
                                                     **Carita Gamble**

                                                     By:  /s/  Thomas W. Lynch
                                                           her attorney

Thomas W. Lynch #6194247
**Law Office of Thomas W. Lynch**
9231 S Roberts Road
Hickory Hills, IL 60457
Tel:  708-598-5999
Fax:  708-598-6299