UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 15 B 16910
                                          CHAPTER 13
CARITA M GAMBLE

                                          JUDGE JACQUELINE P COX

        DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  SETERUS

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 8 | XXXXXX28905883 ARRS | $0.00 | $1,020.20 | $1,020.20 |
| Total Amount Paid by Trustee | | | | | $1,020.20 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit            **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 15-16910-JPC

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 4th day of February, 2019.

Debtor:
CARITA M GAMBLE
11441 S PEACH TREE LN
ALSIP, IL 60803

Attorney:
THOMAS W LYNCH
9231 S ROBERTS RD
HICKORY HILLS, IL 60457
via Clerk's ECF noticing procedures

Creditor:
SETERUS
PO BOX 1047
HARTFORD, CT 06143

Mortgage Creditor:
BLATT HASENMILLER LEIBSKER
10 S LASALLE ST #2200
PO BOX 5463
CHICAGO, IL 60680

Creditor:
SETERUS
PO BOX 1047
HARTFORD, CT 06143

ELECTRONIC SERVICE - United States Trustee

Date: February 04, 2019

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603