**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Carita M. Gamble |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 15-16910 |

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 0 2

**Property address:** 11441 S. Peach Tree Lane
Number    Street

Alsip          IL        60803
City          State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                      (a) $ 13,767.48

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ 1,214.83

c. **Total.** Add lines a and b.  (less unapplied funds of $763.82)    (c) $ 14,218.49

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   01/01/2018
MM / DD / YYYY

Form 4100R         Response to Notice of Final Cure Payment         page 1

| Debtor 1 | Carita M. Gamble | Case number (if known) 15-16910 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jon J. Lieberman
Signature

Date 3 / 5 / 2019

Print: Jon J. Lieberman
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: P.O. Box 476
Number   Street

Loveland    OH    45140
City        State  ZIP Code

Contact phone ( 513 ) 444 - 4100

Email: bankruptcy@sottileandbarile.com

Form 4100R      Response to Notice of Final Cure Payment      page 2

| | | | | | | | Interest Method: | Arrears | **NO POC Filed / Borrower pays Ongoing | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gamble | | | | | | | Interest Rate: | | **BK Filed 05/12/15 Case #15-16910  LOAN MOD EFFECTIVE 02/23/17 | | | | | |
| Loan | | | | | | | | | | | | | | |
| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Corp Adv Balance | Corp Adv Disb/Pmts | Late Balance | Late Fees/pmts | Suspense | Prin Bal |
| 02/23/17 | | LOAN MOD EFFECTIVE | | | | 0.00 | | | (324.01) | | (943.00) | | 0.00 | | 324.01 | 138,100.58 |
| | | Due for 04/01/17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (324.01) | 0.00 | (943.00) | 0.00 | 0.00 | 0.00 | 324.01 | 138,100.58 |
| 03/14/17 | | Arrears | 594.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 324.01 | (943.00) | 0.00 | 0.00 | 0.00 | 594.12 | 138,100.58 |
| 04/05/17 | 30 | 04/01/17 | 1,032.86 | 418.20 | 230.17 | 230.17 | 230.17 | 188.03 | 614.66 | 614.66 | (943.00) | 0.00 | 0.00 | 0.00 | 594.12 | 137,912.55 |
| 04/30/17 | 30 | 05/01/17 | 1,032.86 | 418.20 | 229.85 | 229.85 | 229.85 | 188.35 | 1,229.32 | 614.66 | (943.00) | 0.00 | 0.00 | 0.00 | 594.12 | 137,724.20 |
| 06/20/17 | | Borrower payment | 1,032.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.32 | 0.00 | (943.00) | 0.00 | 0.00 | 0.00 | 1,626.98 | 137,724.20 |
| 06/22/17 | | NSF - pmnt rec'd 10/16/17 | (1,032.86) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.32 | 0.00 | (943.00) | 0.00 | 0.00 | 0.00 | 594.12 | 137,724.20 |
| 06/22/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.32 | 0.00 | (943.00) | 0.00 | (20.91) | (20.91) | 594.12 | 137,724.20 |
| 07/03/17 | 30 | 06/01/17 | 1,032.86 | 418.20 | 229.54 | 229.54 | 229.54 | 188.66 | 1,843.98 | 614.66 | (943.00) | 0.00 | (20.91) | 0.00 | 594.12 | 137,535.54 |
| 07/17/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,843.98 | 0.00 | (943.00) | 0.00 | (41.82) | (20.91) | 594.12 | 137,535.54 |
| 08/02/17 | 30 | 07/01/17 | 1,032.86 | 418.20 | 229.23 | 229.23 | 229.23 | 188.97 | 2,458.64 | 614.66 | (943.00) | 0.00 | (41.82) | 0.00 | 594.12 | 137,346.57 |
| 08/07/17 | | Arrears | 36.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,458.64 | 0.00 | (943.00) | 0.00 | (41.82) | 0.00 | 630.45 | 137,346.57 |
| 08/16/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,458.64 | 0.00 | (943.00) | 0.00 | (62.73) | (20.91) | 630.45 | 137,346.57 |
| 09/01/17 | 30 | 08/01/17 | 1,032.86 | 418.20 | 228.91 | 228.91 | 228.91 | 189.29 | 3,051.68 | 593.04 | (943.00) | 0.00 | (62.73) | 0.00 | 652.07 | 137,157.28 |
| 09/18/17 | | Arrears | 112.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,051.68 | 0.00 | (943.00) | 0.00 | (62.73) | 0.00 | 764.42 | 137,157.28 |
| 09/18/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,051.68 | 0.00 | (943.00) | 0.00 | (83.64) | (20.91) | 764.42 | 137,157.28 |
| 10/16/17 | | Borrower payment | 1,032.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,051.68 | 0.00 | (943.00) | 0.00 | (83.64) | 0.00 | 1,797.28 | 137,157.28 |
| 10/19/17 | | NSF - pmnt rec'd 6/20/17 | (1,032.86) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,051.68 | 0.00 | (943.00) | 0.00 | (83.64) | 0.00 | 764.42 | 137,157.28 |
| 10/19/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,051.68 | 0.00 | (943.00) | 0.00 | (104.55) | (20.91) | 764.42 | 137,157.28 |
| 11/01/17 | 30 | 09/01/17 | 1,032.86 | 418.20 | 228.60 | 228.60 | 228.60 | 189.60 | 3,644.72 | 593.04 | (943.00) | 0.00 | 0.00 | 104.55 | 681.49 | 136,967.67 |
| 11/16/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,644.72 | 0.00 | (943.00) | 0.00 | (20.91) | (20.91) | 681.49 | 136,967.67 |
| 12/18/17 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,644.72 | 0.00 | (943.00) | 0.00 | (41.82) | (20.91) | 681.49 | 136,967.67 |
| 12/19/17 | 30 | 10/01/17 | 1,032.86 | 418.20 | 228.28 | 228.28 | 228.28 | 189.92 | 4,237.76 | 593.04 | (943.00) | 0.00 | (20.91) | 20.91 | 682.20 | 136,777.75 |
| 01/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,237.76 | 0.00 | (943.00) | 0.00 | (41.82) | (20.91) | 682.20 | 136,777.75 |
| 01/29/18 | 30 | 11/01/17 | 1,032.86 | 418.20 | 227.96 | 227.96 | 227.96 | 190.24 | 4,830.80 | 593.04 | (943.00) | 0.00 | (41.82) | 0.00 | 703.82 | 136,587.52 |
| 02/08/18 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | (2,048.16) | (943.00) | 0.00 | (41.82) | 0.00 | 703.82 | 136,587.52 |
| 02/15/18 | | Short Payment | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (41.82) | 0.00 | 763.82 | 136,587.52 |
| 02/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (62.73) | (20.91) | 763.82 | 136,587.52 |
| 03/07/18 | | Borrower payment | 1,033.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (62.73) | 0.00 | 1,796.82 | 136,587.52 |
| 03/12/18 | | NSF - pmnt rec'd 03/07/18 | (1,033.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (62.73) | 0.00 | 763.82 | 136,587.52 |
| 03/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (83.64) | (20.91) | 763.82 | 136,587.52 |
| 04/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (104.55) | (20.91) | 763.82 | 136,587.52 |
| 05/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (125.46) | (20.91) | 763.82 | 136,587.52 |
| 06/18/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,782.64 | 0.00 | (943.00) | 0.00 | (146.37) | (20.91) | 763.82 | 136,587.52 |
| 07/10/18 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | (4,327.25) | (943.00) | 0.00 | (146.37) | 0.00 | 763.82 | 136,587.52 |
| 07/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | 0.00 | (943.00) | 0.00 | (167.28) | (20.91) | 763.82 | 136,587.52 |
| 08/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | 0.00 | (943.00) | 0.00 | (188.19) | (20.91) | 763.82 | 136,587.52 |
| 09/17/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | 0.00 | (943.00) | 0.00 | (209.10) | (20.91) | 763.82 | 136,587.52 |
| 10/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | 0.00 | (943.00) | 0.00 | (230.01) | (20.91) | 763.82 | 136,587.52 |
| 11/16/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | 0.00 | (943.00) | 0.00 | (250.92) | (20.91) | 763.82 | 136,587.52 |
| 12/17/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,544.61) | 0.00 | (943.00) | 0.00 | (271.83) | (20.91) | 763.82 | 136,587.52 |
| 12/24/18 | 30 | 12/01/17 | 1,011.24 | 418.20 | 227.65 | 227.65 | 227.65 | 190.55 | (951.57) | 593.04 | (943.00) | 0.00 | (271.83) | 0.00 | 763.82 | 136,396.96 |
| 01/08/19 | | LOAN BOARDED TO SN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (951.57) | 0.00 | (943.00) | 0.00 | (271.83) | 0.00 | 763.82 | 136,396.96 |
| 02/13/19 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,464.05) | (3,512.48) | (943.00) | 0.00 | (271.83) | 0.00 | 763.82 | 136,396.96 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,464.05) | 0.00 | (943.00) | 0.00 | (271.83) | 0.00 | 763.82 | 136,396.96 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,464.05) | 0.00 | (943.00) | 0.00 | (271.83) | 0.00 | 763.82 | 136,396.96 |
| | | **DUE FOR 01/01/18** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **(4,464.05)** | **0.00** | **(943.00)** | **0.00** | **(271.83)** | **0.00** | **763.82** | **136,396.96** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 15-16910 |
| Carita M. Gamble | Chapter 13 |
| Debtor. | Hon. Judge Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure Payment upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on March 5, 2019, before the hour of 5:00 p.m.

Thomas W Lynch, Debtor's Counsel
twlpc@att.net

Tom Vaughn, Chapter 13 Trustee
ecf@tvch13.net

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Carita M. Gamble, Debtor
11441 S Peach Tree Ln
Alsip, IL 60803

Dated: March 5, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor